## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **In re:** | ) |
| | ) |
| **BYRON KENT FREEMAN,** | )   **Case No. 25-12700** |
| | ) |
| | ) |
| **Debtor.** | ) |

### RECEIVER'S *AMENDED* OBJECTION TO EXEMPTIONS AND NOTICE AND OPPORTUNITY FOR HEARING AND NOTICE OF HEARING

### NOTICE OF OPPORTUNITY FOR HEARING

**Your rights may be affected. You should read this Document carefully and consult your attorney about your rights and the effect of this Document.** If you do not want the Court to sustain the objection, or you wish to have your views considered, you must file a written  response to the objection with the Clerk of the United States Bankruptcy Court for the Western District of Oklahoma, 215 Dean A. McGee Avenue, Oklahoma City, OK 73102 no later than 14 days from the date of filing of the objection. You should also serve a file-stamped copy of the response to the undersigned [and others who are required to be served] and file a certificate or affidavit of service with the court. If no response is timely filed, the court may sustain the objection and strike the scheduled hearing without further notice.

**[Note – this is a flat fourteen (14) days regardless of the manner of service.]**

### NOTICE OF HEARING
### (TO BE HELD IF A RESPONSE IS FILED)

**Notice is hereby given that if a response to the Receiver's Amended Objection to Exemptions is filed, the hearing on the matter will be held on <u>December 3, 2025, at 9:30 A.M.</u> to be heard telephonically at the following:**

**Phone Number: 1-405-309-3366**
**Conference ID: 440 643 726#.**

**If no response is timely filed and the court grants the requested relief prior to the above-referenced hearing date, the hearing will be stricken from the docket of the Court.**

KC 25273079.1

**OBJECTION TO EXEMPTIONS**

COMES NOW Eric L. Johnson ("Receiver"), in his capacity as Receiver for Premier Global Corporation f/k/a Premier Construction Services, Inc., Premier Factoring, LLC, PF-2, LLC, PF-3, LLC, PF-4, LLC, PF-5, LLC, PF-6, LLC, PF-7, LLC, Premier Factoring Group, LLC, KCI Business Services, LLC, DDI Advisory Group, LLC, Steven J. Parish, and Ricard Dale Dean (collectively, the "Receivership Defendants"), and for his objection to Debtor's exemptions, states as follows:

1. Byron Kent Freeman ("Debtor") filed his voluntary Chapter 7 petition on August 29, 2025.

2. The date first set for the Debtor's §341 meeting of creditors was October 1, 2025, which was concluded the same day. Pursuant to Bankruptcy Rule 4003(b) and 9006(a) the deadline to object to Debtor's exemptions is October 31, 2025.

3. On Schedule A, Debtor lists the real property located at 3008 NE 130th Street, Edmond, Oklahoma 73013 (the "Real Property"). Debtor lists the value of Real Property at $300,000.[1] Debtor did not list any secured claims against the Real Property.

4. On Schedule C, Debtor elected to claim state and nonfederal bankruptcy exemptions under 11 U.S.C. § 522(b)(3). Debtor then claimed a $300,000 exemption in the Real Property under Okla. Stat. tit. 31, §§ 1(A)(1), (2); Okla. Stat. tit. 31, § 2.

5. Under 11 U.S.C. § 522(q)(1), when a debtor elects to exempt property under state or local law, a debtor may not exempt an interest in real property which exceeds the aggregate value of $214,000[2] if "the debtor owes a debt arising from—any violation of the Federal securities

---

[1] By referencing the Debtor's scheduled value, the Receiver is not conceding that the value of the Real Property is $300,000.

[2] Originally $125,000, but adjusted to $214,000 effective as of April 1, 2025. *See* 11 U.S.C. § 104.

KC 25273079.1

laws . . . any State securities laws, or any regulation or order issued under Federal securities laws or State securities laws.

6. Prior to his bankruptcy filing, the Oklahoma Department of Securities ("ODS") filed suit against Debtor in the case styled *Oklahoma Department of Securities ex rel. Melanie Hall, Administrator v. Premier Global Corporation, et al.,* Case No. CJ-2022-5066 pending in the District Court of Oklahoma County, Oklahoma (the "Securities Litigation"). ODS initiated the Securities Litigation on October 13, 2022, and filed its First Amended Petition on March 15, 2024. A copy of the First Amended Petition is attached hereto as Exhibit 1.

7. As alleged in the First Amended Petition, the Receivership Defendants were part of a massive Ponzi scheme. The Receivership Defendants were involved in the offer and sale of securities in the form of promissory notes and transferee agreements, representing to investors that Premier Global Corporation and its affiliates were successfully engaged in the business of factoring construction and other invoices. Offering documents provided to investors disclose that investor money will be used to purchase construction related invoices for factoring, with investors receiving interest payments in return.

8. In reality, Premier Global Corporation and its affiliates did not generate sufficient revenues from its factoring business to pay investors, but instead paid returns to investors with money taken from later investors, i.e., a Ponzi scheme.

9. The promissory notes and transferee agreements (collectively, the "Securities") issued in connection with the Ponzi scheme were sold by various sales agents, including the Debtor.

10. In the Securities Litigation, ODS asserts the following counts against Debtor:

    a.    Count I: Violation of Section 1-301 of the Oklahoma Uniform Securities Act of 2004 (the "Act") for offering and selling unregistered securities;

3

      b.      Count II: Violation of Section 1-402 of the Act for offering and selling securities by unregistered agents;

      c.      Count III: Violation of Section 1-501(2) of the Act for making an untrue statement of material fact or omitting to state a material fact; and

      d.      Count IV: Violation of Section 1-501(3) of the Act for engaging in any act, practice, or course of business that operates or would operate as a fraud or deceit upon another person;

11.      ODS has sought restitution, disgorgement of ill-gotten gains, and a civil penalty of $250,000 against each of the defendants in the Securities Litigation, among other relief.

12.      On October 30, 2023, the Receiver also brought suit against Debtor in Case No. SG-2023-CV-300147 in the District Court of Sedgwick County, Kansas (the "Receiver Litigation"). In the Receiver Litigation, the Receiver is asserting claims for actual and constructive transfer (Counts I-IV), unjust enrichment/equitable disgorgement (Count V), the offer and sale of unregistered securities Count (VI), and offer and sale of securities by unregistered broker-dealer or agent (Count VII). Counts VI and VII allege that Debtor violated state and federal securities laws by offering and selling unregistered securities and offering and selling securities without being registered as an agent of a broker-dealer. A copy of the petition filed in the Receiver Litigation is attached hereto as Exhibit 2.

13.      To the extent Debtor has violated state or federal securities laws, Debtor's exemption in the Real Property will be limited to $214,000.

WHEREFORE, the Receiver requests an Order of the Court denying the exemptions in the Real Property as set forth above, and for such other and further relief as the Court deems just.

Date:  October 31, 2025

KC 25273079.1

Respectfully submitted,

s/Courtney D. Powell
Courtney D. Powell, OBA No. 19444
Spencer Fane LLP
9400 North Broadway Extension, Suite 600
Oklahoma City, Oklahoma 73114
Telephone: (405) 844-9900
Facsimile: (405) 844-9958
Email: cpowell@spencerfane.com
**ATTORNEY FOR RECEIVER**

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2025, a true and correct copy of the above and foregoing was sent electronically to all parties receiving electronic notice including counsel for debtor.

/s/  Courtney D. Powell
Counsel for Receiver

5

KC 25273079.1