**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**


--------------------------------------------------------x
IN RE:                                          :
                                                :
BYRON KENT FREEMAN,            :        BK-25-12700-SAH
                                                :        CH. 7
                                                :
                         Debtor.        :
--------------------------------------------------------x


### NOTICE OF TELEPHONIC HEARING

Interested parties are notified that the request of **Courtney D. Powell, Attorney for Eric L. Johnson ("Receiver") for Receiver's Amended Objection to Exemptions (Doc 25) and Response (Doc 36) filed by O. Clifton Gooding, Attorney for Debtor** will be heard telephonically by Judge Sarah A. Hall on **December 3, 2025** at **9:30 AM.**

To participate in the telephonic hearing, the call-in information is as follows:

| | |
|---|---|
| **Phone Number:** | **1-405-309-3366** |
| **Conference ID:** | **440 643 726#** |

All counsel and parties are directed (1) that all participants shall mute the phone when it is not their case, (2) that no participant shall use a "speaker" function, and (3) that no participant shall place the call on hold (in order for the Court and other participants to avoid hearing hold music or other noises that detract from the proceeding and audio recording of same).

If determination of the issues requires finding of facts, evidence may be offered as provided by the Federal Rules of Bankruptcy Procedure and the Federal Rules of Evidence or, if such is the case, the parties may stipulate to the relevant facts. If the request is contained in a motion it may be heard on affidavits presented by the respective parties as provided by Rule 9017 F.R.Bankr.P. which adopts Rule 43(e) F.R.Civ.P. Accordingly, the parties are reminded of the provisions of Rules 9014 which adopts Rule 7026 F.R.Bankr.P. providing for the exchange of documentary evidence and disclosure of proposed witnesses prior to the hearing.

Parties are further reminded that Local Rule 9014 requires any party intending to offer evidence or testimony at a hearing to file an appropriate notice as provided for in that local rule and are reminded that they must comply with all other provisions of Local Rule 9014.

Dated: NOVEMBER 17, 2025

BY ORDER OF THE COURT,
Douglas E. Wedge, Clerk


By:/s/Dominique McGee
DOMINIQUE MCGEE, Deputy