# Notice Recipients

District/Off: 1087–5          User: admin          Date Created: 11/17/2025

Case: 25–12700          Form ID: pdf007          Total: 4

**Recipients of Notice of Electronic Filing:**

tr          Kim Kramer          trustee@okbklaw.com
aty          Courtney D. Powell          cpowell@spencerfane.com
aty          O. Clifton Gooding          cgooding@goodingfirm.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

smg          Oklahoma Employment Security Commission          PO Box 53039          Oklahoma City, OK 73152–3039

TOTAL: 1