**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **In Re:** | ) | |
| | ) | |
| **Byron Kent Freeman** | ) | **Case No. 25-12700-SAH** |
| | ) | **Chapter 7** |
| **Debtor.** | ) | |

**CERTIFICATE OF MAILING**

The undersigned hereby certifies that on February 6, 2026, a true and correct copy of the *Order Granting Motion for Relief from Automatic Stay and Notice of Opportunity for Hearing* [Doc. 71] was served via the Court's CM/ECF system on all parties receiving notice in this case via the CM/ECF system. The undersigned further certifies that on February 6, 2026, a true and correct copy of the foregoing pleading to be placed in the United States Mail, first class mail with postage duly prepaid thereon to the Matrix attached hereto as Exhibit "1".

Respectfully submitted,

*/s/Mark A. Craige*
Mark A. Craige, OBA No. 1992
Crowe & Dunlevy, P.C.
222 N. Detroit Avenue, Suite 600
Tulsa, Oklahoma 74120
918.592.9800 Telephone Number
918.592.9801 Facsimile Number
mark.craige@crowedunlevy.com

*Attorneys for Plaintiffs*

Label Matrix for local noticing
1087-5
Case 25-12700
Western District of Oklahoma
Oklahoma City
Fri Feb 6 12:03:04 CST 2026

TD Bank, N.A.
c/o Riezman Berger, P.C.
7700 Bonhomme Avenue, 7th Floor
St. Louis, MO 63105-1960

Alan Nichols
385 Laurel Road
Ozark MO 65721-8756

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Amex
Correspondence/Bankruptcy
Po Box 981535
El Paso TX 79998-1535

Arthur and Connie Chenoweth
2816 SW 11th Street
Oklahoma City OK 73170

Auston Casey
11072 280th Street
Blanchard OK 73010-3247

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa FL 33634-2413

Bank of America, N.A.
PO Box 673033
Dallas, TX 75267-3033

Barclays Bank Delaware
Attn: Bankruptcy
Po Box 8801
Wilmington DE 19899-8801

Bill Bretches
2344 Twilight Star Drive
Little Elm TX 75068-7638

Bill Stolz
912 W. Fay Ave
Kingfisher OK 73750-3806

Capital One
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City UT 84130-0285

Capital One, N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Chuck and Betty Bowman
808 Blue Oak Way
Edmond OK 73034-0811

Cindy M. Nation
13820 N. 133rd East Ave
Collinsville OK 74021-4482

Corefirst Bank & Trust
3035 S Topeka
Topeka KS 66611-2122

Corine Francis
624 S. Maywood Drive
Claremore OK 74017-4716

Daniel T. Zeigler
6001 N. Santa Fe
Edmond OK 73025-2239

Diana L Biggs
9323 Piedmont Rd N
Piedmont OK 73078-9337

Diane Musick
1503 S. 12th
Kingfisher OK 73750-4300

Diane Musick
PO Box 777
Kingfisher, OK 73750-0777

ED Lemaster
15176 County Road 472
Tyler TX 75706-3248

Eric L. Johnson, in his capacity as
Receiver for Premier Global Corporation
1000 Walnut Street, Suite 1400
Kansas City, Missouri 64106-2168

George A. Green
1201 Palm Valley Dr. East
Harlingen TX 78552-9053

George R. Biggs Living Trust
15006 Westlake Drive
Piedmont OK 73078-8919

Harriett L. Randolph
1220 NE 26th Street
Oklahoma City OK 73160-9528

IRS
PO Box 7346
Philadelphia PA 19101-7346

Jamie L Ice
246700 E 830 Road
Fay OK 73646-4647

Jeremy Ice Family Trust
540 Cristo Pass
Edmond OK 73025-9003

EXHIBIT
1

Jim Porterfield
2916 W. Lexington Way
Edmond OK 73012-4226

Joan M Word
4940 N Portland Ave
Oklahoma City, OK 73112-6114

John O'Dell
10316 Chitwood Farms Road
Jones OK 73049-4906

John P. O'Neill
1605 E Canary Drve
Edmond OK 73034-6127

John Raffler
4405 Warrington Way
Norman OK 73072-0204

Judy Cole
3461 Packard Street
Parkersburg WV 26104-2101

Karen S. Biggs Living Trust
15006 Westlake Drive
Piedmont OK 73078-8919

Kristen A. Burris
131 Bear Path Road
Gordonville TX 76245-2944

Larry M Deputy
1315 Richmond Road
Edmond OK 73034-3217

Main Star Trust
4712 NW 151st Terrace
Edmond OK 73013-1780

Mary Jane and William Word
3308 Willow Lake Lane
Enid OK 73703-1468

Oklahoma Department of Securities
204 N. Robinson Ave., Suite 400
Oklahoma City, OK 73102-6800

Oklahoma Tax Commission
Attn: Legal Bankruptcy
PO Box 269056
Oklahoma City OK 73126-9056

Pamela Chain
13500 Princeton Lane
Edmond OK 73013-5680

Richard J Radosevic
2208 Fairway Court
Mission TX 78572-2024

Robert C Thompson
6301 Waterford Blvd Ste 320
Oklahoma City, OK 73118-1168

Robert L. Sherrill
3009 NE 129th
Edmond OK 73013-7463

Robert Winter
21 North Greenwodd Ave
Suite 400
Tulsa OK 74120-1999

Robert and Kaye Semands
1821 Courtney Lane
Edmond OK 73013-4313

Roger Bechtel
2410 Paseo Del Lago
Mission TX 78573-8439

Scott Jackson
4712 NW 151st Terrace
Edmond OK 73013-1780

Scott Shackelford
3409 Hidden Leaf Drive
Edmond OK 73012-5300

Sharlene Kay Hall
7101 NW 32nd Street
Bethany OK 73008-3801

Stephen C. Treat
3017 Balmoral Drive
Edmond OK 73034-9285

Steve Daily
2100 SE 40th Street
Norman OK 73072-8767

Suzanne E. Lillard
5304 NW 111th Terr
Oklahoma City OK 73162-3712

TD Bank N.A.
RiezmanBerger, P.C.
7700 Bonhomme Avenue
St. Louis, Missouri 63105-1960

Td Auto Finance
Attn: Bankruptcy
Po Box 9223
Farmington Hills MI 48333-9223

Thomas Pricket
11475 W. Waterloo Road
Edmond OK 73025-9468

Timothy Fraley
3109 SW 106th St
Oklahoma City, OK 73170-2517

Timothy W Fraley
3109 SW 106th Street
Oklahoma City OK 73170-2517

Timothy Wayne Fraley
3109 SW 106th Street
Oklahoma City, OK 73170-2517

Tray and Traci Cornman
5104 Washington Ave West
Piedmont OK 73078-9429

United States Trustee
United States Trustee
215 Dean A. McGee Ave., 4th Floor
Oklahoma City, OK 73102-3479

Wesley Willms
19069 N. 2880 Road
Kingfisher OK 73750-8000

White & Weddle, P.C
630 NE 63rd Street
Oklahoma City OK 73105-6408

William M. Word
7927 Estancia Drive
Frisco, TX 75036-6537

Byron Kent Freeman
3008 NE 130th Street
Edmond, OK 73013-7464

Kim Kramer
BK Law PLLC
123 W 7th Ave Ste 202
Stillwater, OK 74074-4029

O. Clifton Gooding
The Gooding Law Firm
204 North Robinson Avenue, Suite 1235
Oklahoma City, OK 73102-6803

William M. Word
3308 Willow Lake Lane
Enid, OK 73703-1468

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Arthus and Connie Chenoweth

(u)George Biggs, Individually

(u)Jimmie Ice, Individually

(u)John and Madeleine Raffler

(u)Oklahoma Department of Securities
204 N. Robinson Ave, Suite 400
Oklahoma City73102 United States

(u)Raymond and Diana Biggs

(u)Receiver for Premier Global Corporation f/

(u)Robert and Kristen Burris

(u)Robert and Marilyn-Kay Semands

(u)Scott and Janie Shackleford

(u)Stephen and Sherri Treat

(u)Terry and Sharlene Kay Hall

(u)The Cornman Family Revocable Trust by Tren

(u)The George R. Biggs Living Trust, by Georg

(u)The Ice Family Trust, by Jimmie Iceand Vic

(u)The Jeremy Ice Family Trust by Jeremy Ice,

(u)The Karen S. Biggs Living Trust, by Karen

(u)Todd Ice, Individually

(u)Todd Jay Ice, by Todd Ice, Trustee

(u)Cindy Nation

(u)Daniel Ziegler

(u)George Green

(u)Harriett Randolph

(u)John O'Neill

(u)Larry Deputy

(u)Louis Dakil
Dakil Auctioneers, Inc.

(u)Richard Radosevic

(u)Robert Sherrill

(u)Scott Jackson

(u)Suzanne Lillard

(u)Timothy Fraley

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 70 |
| Bypassed recipients | 31 |
| Total | 101 |