**Dated: July 14, 2026**

**The following is ORDERED:**

Sarah A Hall
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **Byron Kent Freeman,** <br> **Debtor.** | ) | **Case No. BK-25-12700-SAH** <br> **Chapter 7** |
| **Oklahoma Department of Securities,** <br> ***ex.rel* Melanie Hall, Administrator,** <br> **Plaintiff,** | ) | **Adv. Proc. No. 26-01004-SAH** |
| **v.** | ) | |
| **Byron Kent Freeman,** <br> **Defendant.** | ) | |

**JUDGMENT DETERMINING DEBT NON-DISCHARGEABLE**
**AND DENYING DEBTOR'S DISCHARGE**

Based upon the findings of fact and conclusions of law set forth in this Court's Order granting Plaintiff's Motion for Default Judgment,

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff and that Defendant's debts to Plaintiff in amounts to be determined by the Oklahoma County District Court in the cases styled *Oklahoma Department of Securities ex rel. Melanie Hall, Administrator vs. Premier Global Corporation, et. al,* CJ-2022-5066, and *Oklahoma Department of Securities ex rel. Melanie Hall, Administrator vs. Byron Kent Freeman*, CJ-2025-9405, are excepted from discharge pursuant to 11 U.S.C. § 523(a)(19).

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff and that Defendant is denied a discharge pursuant to 11 U.S.C. § 727(a)(12).

###

APPROVED FOR ENTRY:

By: **/s/ Gerri Kavanaugh**
Gerri Kavanaugh, OBA #16732
Oklahoma Department of Securities
204 N. Robinson Avenue, Suite 400
Oklahoma City, OK 73102
Telephone: 572.246.8016
Facsimile: 405.280.7742
Email: gkavanaugh@securities.ok.gov
*Attorney for Oklahoma Department of Securities*