# FORM 1
# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
# ASSET CASES

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 25-12700 | SAH | Judge: Sarah A. Hall | Trustee Name: | Kim Kramer |
| Case Name: | Byron Kent Freeman | | | Date Filed (f) or Converted (c): | 08/29/2025 (f) |
| | | | | 341(a) Meeting Date: | 10/01/2025 |
| For Period Ending: | 06/30/2026 | | | Claims Bar Date: | 01/08/2026 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3008 Ne 130Th Street Edmond Ok 73013-0000 Oklahoma | 300,000.00 | 0.00 | | 0.00 | FA |
| 2. 2017 Lexus Rx 350 Mileage: 60000 Vin# 2T2bzmca1hc103287 | 27,075.00 | 27,075.00 | | 22,220.00 | FA |
| 3. 2020 Chrysler Pacifica Mileage: 50000 Vin# 2C4rc1ggxlr278986 | 17,175.00 | 0.00 | | 0.00 | FA |
| 4. General Household Goods And Furnishings | 2,500.00 | 0.00 | | 0.00 | FA |
| 5. General Electronics (Two Televisions, Ipad, Iphone, Printer, Computer) | 200.00 | 0.00 | | 0.00 | FA |
| 6. General Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 7. First Enterprise Bank 0996 | 254.72 | 0.00 | | 0.00 | FA |
| 8. First Enterprise Bank 1007 Business Account | 7,449.84 | 0.00 | | 0.00 | FA |
| 9. First Enterprise 3011 | 510.39 | 0.00 | | 0.00 | FA |
| 10. Preference Payments (u)<br><br>Trustee determined no asset here. | 10,000.00 | 10,000.00 | | 0.00 | 10,000.00 |
| 11. POTENTIAL Life Insurance Policy Claim (u) | Unknown | Unknown | | 0.00 | Unknown |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $365,664.95 | $37,075.00 | | $22,220.00 | $10,000.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

7/24/2026 Motion to employ atty filed
7/22/26 Motion to Hire special counsel filed - to pursue potential life insurance policy claim and preference
7/14/26 Oklahoma Department of Securities secured judgment denying debtor's discharge
10/30/2025 Order entered to employ Dakil
10/14/202 Motion to employ Dakil and Motion to Sell filed
10/10/2025 prepare and file to employ Dakil
10/10/2025-Form 1 and Request for Notice to File Claims filed
Asset case- vehicle to sell as well as $10K in preference payments

Initial Projected Date of Final Report (TFR): 09/01/2027 Current Projected Date of Final Report (TFR): 09/01/2027

Trustee Signature: /s/ Kim Kramer Date: 07/29/2026

Kim Kramer
123 West 7th Ave, Suite 202
Stillwater, OK 74074
(405)377-8185
trustee@okbklaw.com

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 25-12700
Case Name: Byron Kent Freeman

Taxpayer ID No: XX-XXX2898
For Period Ending: 06/30/2026

Trustee Name: Kim Kramer
Bank Name: Axos Bank
Account Number/CD#: XXXXXX5154
Checking
Blanket Bond (per case limit): $0.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/28/25 | 2 | Dakil Auctioneers, Inc<br>200 NW 114th St<br>Oklahoma City, OK 73114 | Auction - Personal Property<br>2017 Lexus RX350 Dakil auction | 1110-000 | $22,220.00 | | $22,220.00 |
| 01/02/26 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.74 | $22,196.26 |
| 01/09/26 | 1001 | Dakil Auctioneers, Inc<br>200 NW 114th St<br>Oklahoma City, OK 73114 | ORDER ALLOWING COMPENSATION AND REIMBURSEMENT OF EXPENSES #65<br>Order # 65 | | | $2,577.35 | $19,618.91 |
| | | Dakil Auctioneers, Inc | ($2,000.00) | 3610-000 | | | |
| | | Dakil Auctioneers, Inc | ($577.35) | 3992-000 | | | |
| 02/02/26 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.59 | $19,595.32 |
| 03/02/26 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.54 | $19,575.78 |
| 04/01/26 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.61 | $19,554.17 |
| 05/20/26 | 1002 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | Bond #612418759 - Term 6/1/26 to 6/1/27 | 2300-000 | | $17.40 | $19,536.77 |

| | Deposits | Disbursements |
|---|---|---|
| COLUMN TOTALS | $22,220.00 | $2,683.23 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $22,220.00 | $2,683.23 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $22,220.00 | $2,683.23 |

Page Subtotals: $22,220.00 $2,683.23

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5154 - Checking | $22,220.00 | $2,683.23 | $19,536.77 |
| | $22,220.00 | $2,683.23 | $19,536.77 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $22,220.00 |
| Total Gross Receipts: | $22,220.00 |

Trustee Signature: /s/ Kim Kramer Date: 07/29/2026

Kim Kramer
123 West 7th Ave, Suite 202
Stillwater, OK 74074
(405)377-8185
trustee@okbklaw.com