**Dated: August 6, 2026**

**The following is ORDERED:**

Sarah A Hall
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| IN RE:<br>FREEMAN, BYRON KENT<br>Debtor(s). | Case No. BK-25-12700-SAH<br>(Chapter 7) |

**ORDER AUTHORIZING EMPLOYMENT OF SPECIAL COUNSEL**

The Court has considered the Application of Kim Kramer, Trustee in this case, for authority to employ Luke Homen and Alex Sullivan, members of Luke Homen Law PLLC, as special counsel, together with the Declarations of Luke Homen and Alex Sullivan submitted in support of the Motion. Based on the representations of counsel, it appearing that Luke Homen and Alex Sullivan are disinterested persons, that the Application was filed on July 22, 2026, and served on all parties in interest pursuant to Local Bankruptcy Rule 9007, that the objection deadline of August 5, 2026 has passed with no objection filed or served, and that their employment is in the best interest of the Estate, it is hereby

IT IS THEREFORE ORDERED that the Application to employ Luke Homen and Alex Sullivan, members of Luke Homen Law PLLC, as special counsel for the Trustee is approved for

the Estate, retroactive to the date of the Application. Compensation shall be paid in amounts allowed by the Court upon proper application.

*All findings of fact are based solely upon the representations of counsel.*

*The prevailing party will effectuate service of the order on all interested parties.*

# # #

**APPROVED FOR ENTRY:**

s/Kim Kramer
Kim Kramer, OBA # 18544
BK Law, PLLC
123 W. 7th Ave., Ste., 202
Stillwater, OK 74074-4026
(405) 377-8185
trustee@okbklaw.com
Attorney for Trustee

s/ Jeffrey E. Tate
Jeffrey E. Tate, OBA #17150
Office of the United State Trustee
215 Dean A. McGee Ave., 4th Floor
Oklahoma City, OK 73102
(202) 603-5228/231-5958 [fax]
Jeff.Tate@usdoj.gov
UNITED STATES TRUSTEE